B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Lilian Remond__,    Case No. __18-80506__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST | Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038
Phone: 972-347-4350
Last Four Digits of Acct #: 6964

Court Claim # (if known): 2-1
Amount of Claim: $89,916.72
Date Claim Filed: 03/28/2018

Phone: (800) 315-4757
Last Four Digits of Acct. #: 6964

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: 6964

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves          Date: 03/18/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

02-12-2019

Sent via First Class Mail

New Account Number:
Old Account Number:
Property Address:  670 S PEACE RD
SYCAMORE  IL  60178

LILIAN REMOND
670 S PEACE RD
SYCAMORE IL 60178

# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 02-05-2019. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

SPECIALIZED LOAN SERVICING, LL, your prior servicer, was collecting your payments. SPECIALIZED LOAN SERVICING, LL will not accept any payments received by you after the day preceding 02-05-2019, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

**Customers can send all payments due on or after 02-05-2019, to BSI Financial Services at this address:**

| Via First Class Mail | Via Priority or Overnight Mail |
|---|---|
| BSI Financial Services | BSI Financial Services |
| PO Box 679002 | Lockbox Number 679002 |
| Dallas, TX  75267-9002 | 1200 E. Campbell Rd. Ste. 108 |
|  | Richardson, TX  75081 |

If you have any questions for either your prior servicer, SPECIALIZED LOAN SERVICING, LL, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

| Prior Servicer | New Servicer |
|---|---|
| SPECIALIZED LOAN SERVICING, LL | BSI Financial Services |
| Customer Care | Customer Care |
| P.O. BOX 636005 | 314 S Franklin St, 2nd Floor |
| LITTLETON CO 80163 | Titusville, PA 16354 |
| 800-315-4757 | 800-327-7861 |

**Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**Automatic Withdrawal Customers:**  If your payments are currently set for automatic withdrawal from your checking or savings account, SPECIALIZED LOAN SERVICING, LL will discontinue the auto-withdrawal service on 02-04-2019.

**Next Steps:** Please be sure to send a check to BSI Financial Services for your next payment along with the enclosed temporary coupon. If you would like to continue having your payments automatically withdrawn, BSI Financial Services would be happy to set you up on our Automatic Withdrawal Program (ACH). Please complete the attached Automatic Clearing House (ACH) Application and return to BSI Financial Services via fax or mail as outlined in the application. If you need assistance in completing the application, please contact our Customer Care department at 800-327-7861.

You will be receiving a monthly statement in the mail from BSI Financial Services. The following payment options are available to make your mortgage payment: regular mail, expedited or overnight mail such as UPS or FedEx at the addresses provided above; complete the attached Automatic Clearinghouse Application to participate in ACH weekly, bi-weekly, or monthly; schedule a one-time or recurring payment via https://myloanweb.com/BSI; Pay by Phone by calling 800-327-7861; and, and Western Union using the city code "BSI" and the state "PA".

We look forward to servicing your loan.  Please contact us at 800-327-7861 with any questions or concerns.

Sincerely,
Customer Care Department
BSI Financial Services
NMLS # 38078; # 126672

* This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we do not service mortgage life or disability premiums. However, if you wish to retain optional insurance, we would suggest that you contact your current optional product service provider.

## Qualified Written Request - Notice of Error or Information Request

Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan which identifies your name, account number, and the specific reasons for the request, such as an error on your loan account or a request for information. Any qualified written request you wish to submit must be sent to:

**BSI Financial Services**
Attn: Qualified Written Requests
314 S Franklin St / Second Floor
PO Box 517
Titusville, PA 16354

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.