UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: )  BK No.:  18-80506
Lilian Remond )
) Chapter: 13
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

## ORDER AUTHORIZING SALE & SHORTENING NOTICE

THIS MATTER coming to be heard on Debtor's Motion to Sell Real Estate, this Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The motion is granted;

2. Debtors are authorized to sell the property located at 670 S. Peace Rd., Sycamore, IL 60178 for $157,000;

3. The net proceeds of the sale, after liens are satisfied and all reasonable and customary costs of sale including but not limited to closing costs, broker's commissions and tax proration, shall be disbursed as follows:
   a) $15,000 to the Debtors
   b) The balance of the net proceeds needed to pay 100% of allowed claims shall be tendered directly to:
   
   Lydia Meyer
   Chapter 13 Trustee
   PO Box 190
   Memphis, TN 38101-0190

4. Debtors shall tender a copy of the HUD or ALTA settlement statement to the Trustee within 10 days of the closing.

5. Debtor has provided sufficient cause to shorten notice and notice is hereby shortened.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: March 18, 2022

**Prepared by:**

Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603