**Fill in this information to identify the case:**

Debtor 1     Lilian Remond

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern     District of    Illinois
                                                                       (State)

Case number    18-80506

Official Form 410S1

# Notice of Mortgage Payment Change                                            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    6  9  6  4

**Date of payment change:**
Must be at least 21 days after date of this notice    11 / 01 / 2019

**New total payment:**    $ 832.77
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate:    5.25 %         New interest rate:    4.50 %
   Current principal and interest payment: $ 627.09      New principal and interest payment: $ 596.75

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    **Lilian Remond**      Case number (*if known*) **18-80506**
      First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Michelle R. Ghidotti-Gonsalves      Date 08 / 29 / 2019
    Signature

Print:    Michelle R. Ghidotti-Gonsalves      Title AUTHORIZED AGENT
      First Name    Middle Name    Last Name

Company    Ghidotti Berger, LLP

Address    1920 Old Tustin Ave
      Number    Street
      Santa Ana, CA 92705
      City    State    ZIP Code

Contact phone   (949) 427 – 2010      Email mghidotti@ghidottiberger.com



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

August 21, 2019

LILIAN REMOND
670 S PEACE RD
SYCAMORE IL 60178

Loan Number:
Property Address:     670 S PEACE RD
                      SYCAMORE IL 60178

Dear LILIAN REMOND:

**Changes to Your Mortgage Interest Rate and Payments on 10/01/19**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 012 month(s) period during which your interest rate stayed the same. That period ends on *10/01/19,* so on that date your interest rate and mortgage payment change.  After that, your interest rate may change every *12* month(s) for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.25000% | 4.50000% |
| Principal | $   284.56 | $   304.22 |
| Interest | $   342.53 | $   292.53 |
| Escrow (Taxes and Insurance) | $   236.02 | $   236.02 |
| **Total Monthly Payment** | $   863.11 | $   832.77 due November 1, 2019 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under your loan agreement, your index rate is 1.78000% and your margin is 2.75000%.  The 1 YEAR TREASURY is published Weekly in FEDERAL RESERVE.

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

**Rate Limit(s):** Your rate cannot go higher than 10.37500% over the life of the loan. Your rate can change each year by no more than 1.00000%. We did not include an additional 0.00000% interest rate increase to your new rate because a rate limit applied. This additional increase may be applied to your interest rate when it adjusts again on 10/01/20.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 1 YEAR TREASURY, your margin, 2.75000% your loan balance of $ 78008.34, and your remaining loan term of 180 months.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**
- Contact the Customer Care Department at 1-800-327-7861 as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - Refinance your loan.
    - Sell your home and use the proceeds to pay off your current loan.
    - Modify your loan terms with investor.
    - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or program in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or the U. S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov . If you would like to contact information for state housing finance agency, contact U.S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please reach out to VERONICA ESCOBAR, you Single Point of Contact for this loan, at 1-888-738-5873.

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA  16354
NMLS # 38078; # 1195811

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

GR-2003-07242017_CA08082014

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

```
 1  Kristin Zilberstein, Esq. (SBN: 200041)
    Jennifer Bergh, Esq. (SBN: 305219)
 2  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
 3  GHIDOTTI | BERGER
    1920 Old Tustin Ave.
 4  Santa Ana, CA 92705
    Ph:  (949) 427-2010
 5  Fax: (949) 427-2732
 6  kzilberstein@ghidottiberger.com

 7  Authorized Agent for Creditor
    U.S. Bank Trust National Association, As Trustee Of The Lodge Series III Trust
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS– WESTERN DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 18-80506 |
| | ) |
| Lilian Remond, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 29, 2019 I served the following documents described as:

- **NOTICE OF MORTAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Lilian Remond | Lydia Meyer |
| 670 S Peace Rd | Lydia Meyer - 13 Trustee |
| Sycamore, IL 60178 | P.o. Box 14127 |
| | Rockford, IL 61105-4127 |
| **Debtor's Counsel** | |
| Nathan E Curtis | **U.S. TRUSTEE** |
| Geraci Law L.L.C. | Patrick S Layng |
| 55 E. Monroe St. Suite #3400 | Office of the U.S. Trustee, Region 11 |
| Chicago, IL 60603 | 780 Regent St., Suite 304 |
| | Madison, WI 53715 |
| Joseph M D'Onofrio | |
| Geraci Law L.L.C. | |
| 55 E. Monroe St. Suite #3400 | |
| Chicago, IL 60603 | |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on August 29, 2019 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

2
CERTIFICATE OF SERVICE